DOCKETED
JUL 1 1 2003

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 2125, INC., | ) | |
| | ) | Notice of Appeal |
| Plaintiff, | ) | |
| | ) | No. ~~99 C 3882~~ 00C680 |
| vs. | ) | |
| | ) | |
| VILLAGE OF MELROSE PARK, | ) | Hon. John W. Darrah |
| a body politic, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that 2125, INC., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from all aspects of the final judgment of dismissal, entered in this matter on March 19, 2003, and from the denial of plaintiff's post-trial motion for reconsideration, entered in this matter on June 10, 2003. Plaintiff seeks reversal of these orders.

Respectfully submitted,

_____
Deidre Baumann

Baumann, Shuldiner & Lee
Three First National Plaza
Suite 3700
Chicago, Illinois 60602
(312) 558-3119

PAID
RECEIPT # 102 13119
JUL 1 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT