# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER FRAP 42(b)

FILED
AUG - 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: July 30, 2003

By the Court:

No. 03-2864

2125 NORTH 15TH AVENUE CORPORATION,
        Plaintiff - Appellant

v.

VILLAGE OF MELROSE PARK,
        Defendant - Appellee

CERTIFIED COPY

DOCKETED
AUG 0 1 2003

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 00 C 680, John W. Darrah, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on July 29, 2003,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

**FILED**
AUG - 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DATE: July 30, 2003

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

FROM: Gino J. Agnello, Clerk

RE: 03-2864
2125 N. 15th Ave v. Village Melrose Park
00 C 680, John W. Darrah, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____          _____
(1202-052495)                           Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: July 30, 2003

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

FROM: Gino J. Agnello, Clerk

RE: 03-2864
2125 N. 15th Ave v. Village Melrose Park
00 C 680, John W. Darrah, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:         Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____         _____
(1202-052495)                                 Deputy Clerk, U.S. District Court